893 F.2d 1328
 Cook (Daryl)
v.
Taylor (Newton C.), Kurtz (Stewart L.), Davis (Robert L.),
Stewart (Robert B.), Jeffes (Glen R.), Deramus (Erskind),
Gillis (Frank D.), Bitner (Robert), Fulcomer (Thomas A.),
Grove (Steve L.), Suomela (Martin A.), Polte (Steven), Speck
(William), Couch (Wallace F.), Park (Edward L., Sr.), Harris
(Brian), Shaffer (Rosella M.), Vushovich (George), Boozel
(Tim), Isett (Richard K.), John Doe
 NO. 89-5144
 United States Court of Appeals,
Third Circuit.
 DEC 05, 1989
 
 Appeal From: M.D.Pa.,
 Kosik, J.
 
 
 1
 AFFIRMED.